PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
CAILY NELSON
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED
May 23, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>DONALD ULYSSES MAXWELL, and<br>NATASHA ELIZABETH POE-CARPENTER,<br>   aka "Natasha Maxwell"<br><br>              Defendants. | CASE NO. 2:24-cr-0140 DAD<br><br>PETITION TO SEAL INDICTMENT |

TO THE HONORABLE DEBORAH BARNES, UNITED STATES MAGISTRATE JUDGE:

I, Robert Abendroth, Assistant United States Attorney for the Eastern District of California, petition this Court and respectfully represent:

1. I have presented to the Grand Jury now in session in the City of Sacramento, California, a proposed indictment charging the above named defendant with violations of 21 U.S.C. §§ 846, 841(a)(1), 21 U.S.C. § 841(a)(1), and 21 U.S.C. § 853(a) The Indictment has been returned by the Grand Jury to this Honorable Court.

2. The investigating agents believe that public disclosure of this indictment against defendant, DONALD ULYSSES MAXWELL and NATASHA ELIZABETH POE-CARPENTER   will adversely affect the ongoing covert investigation.

1    THEREFORE, your petitioner asks that the aforesaid indictment, this Petition, and the Order to Seal, be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until further order of this Court.

DATED: May 23, 2024

                                        PHILLIP A. TALBERT
                                        United States Attorney

                              By: */s/ Robert C. Abendroth*
                                    ROBERT C. ABENDROTH
                                    Assistant U.S. Attorney