IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD ULYSSES MAXWELL,<br><br>Defendant. | CASE NO.  2:24-CR-00140 KJM<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS CHARGES AS TO DONALD ULYSSES MAXWELL PURSUANT TO RULE 48(a) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE AND QUASH ARREST WARRANT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and based upon the motion filed by the United States, the Court finds it is in the interests of justice to grant the government's motion and, therefore, IT IS HEREBY ORDERED that the pending criminal charges in Case No. 2:24-CR-00140 KJM against defendant Donald Ulysses Maxwell in the Indictment are hereby DISMISSED without prejudice.

Further, any outstanding arrest warrant issued in this matter is hereby QUASHED as moot.

IT IS SO ORDERED.

DATED:  August 19, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE